IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEVY C. SAFFORD,
    Plaintiff,

vs.                              Case No.: 3:12cv371/MCR/CJK

R. JOHN WESTBERRY,
    Defendant.

___

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff, a non-prisoner, proceeding *pro se*, commenced this civil action on July 30, 2012, by filing a complaint pursuant to 42 U.S.C. § 1983 (doc. 1) and a motion to proceed *in forma pauperis* (doc. 2). Because plaintiff was found to be financially able to pay the $350.00 filing fee, his motion to proceed *in forma pauperis* was denied and an order was entered giving him thirty (30) days to pay the full filing fee. (Doc. 4). After receiving no response from plaintiff, an order to show cause was issued giving plaintiff fourteen (14) days to explain why this action should not be dismissed for failure to comply with an order of the court. (Doc. 5) To date, plaintiff has failed to comply or explain his inability to do so.

Accordingly, it is respectfully RECOMMENDED:

1. That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with orders of the court.

2. That the clerk be directed to close the file.

DONE AND ORDERED this 8th day of November, 2012.

*/s/ Charles J. Kahn, Jr.*
CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE


NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).